FRANK, Appellant, *v.* POST, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 13, 1890.)

Appeal from city court, general term.
Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*Herman H. Shook,* for appellant.   *Nathaniel S. Smith,* for respondent.
No opinion.   Ordered that the order appealed from be affirmed, with costs.

---

ROBINSON, Respondent, *v.* BROADWAY & S. A. R. Co., Appellant.

(*Common Pleas of New York City and County, General Term.*  May 13, 1890.)

Appeal from special term.
Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*Root & Clarke,* for appellant.   *William J. Leitch,* for respondent.
No opinion.   Ordered that the judgment and order be affirmed, with costs.

---

GAYLORD et al., Respondents, *v.* RINALDO, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 14, 1890.)

Appeal from city court, general term.
Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*Hays & Greenbaum,* for appellant.   *John E. Eustis,* for respondents.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

LANE, Respondent, *v.* ROBINSON et al., Appellants.

(*Common Pleas of New York City and County, General Term.*  May 15, 1890.)

Appeal from city court, general term.
Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*P. C. Talman,* for appellants.   *Hascall, Clarke & Vanderpoel,* for respondent.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

RECTOR, ETC., OF THE PROTESTANT EPISCOPAL CHURCH OF ST. STEPHEN, Respondent, *v.* BLACKHURST, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 15, 1890.)

Appeal from district court.
*Booraem, Hamilton & Beckett,* for appellant.   *A. J. Shipman,* for respondent.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

RAMSEY, Appellant, *v.* BARNES, Respondent.

(*Common Pleas of New York City and County, General Term.*  June, 1890.)

Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*J. M. Williams,* for appellant.   *J. H. Frost,* for respondent.
No opinion.   Motion for reargument granted.

---

VON WEIN *v.* LION FIRE INS. Co.

(*Superior Court of New York City, General Term.*  March 4, 1890.)

No opinion.   Motion granted, with $10 costs.